**No. 10-48. Interior/Exterior Specialist Company, et al., Petitioners v. Trustees of the Painters Union Deposit Fund.**

562 U.S. 891, 131 S. Ct. 248, 178 L. Ed. 2d 139, 2010 U.S. LEXIS 6440.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 371 Fed. Appx. 654.

**No. 10-49. Michelle London-Marable, et vir, Petitioners v. The Boeing Company, et al.**

562 U.S. 891, 131 S. Ct. 260, 178 L. Ed. 2d 139, 2010 U.S. LEXIS 6345.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 61.

**No. 10-50. Derek J. Lackey, Petitioner v. Patent and Trademark Office, Board of Patent Appeals and Interferences.**

562 U.S. 891, 131 S. Ct. 261, 178 L. Ed. 2d 139, 2010 U.S. LEXIS 6236.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 371 Fed. Appx. 80.

**No. 10-52. Arlene D. Rowland, Petitioner v. Prudential Equity Group, LLC.**

562 U.S. 891, 131 S. Ct. 261, 178 L. Ed. 2d 139, 2010 U.S. LEXIS 6355.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 591.

**No. 10-53. Brendan Dolan, et al., Petitioners v. Fidelity National Title Insurance Company, et al.**

562 U.S. 891, 131 S. Ct. 261, 178 L. Ed. 2d 139, 2010 U.S. LEXIS 6343.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 365 Fed. Appx. 271.

**No. 10-54. Rosario Aviado, Petitioner v. Industrial Claim Appeals Office, et al.**

562 U.S. 892, 131 S. Ct. 263, 178 L. Ed. 2d 139, 2010 U.S. LEXIS 6087.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

Same case below, 228 P.3d 177.

**No. 10-55. Xiaoping Yao, Petitioner v. Visa Incorporated, et al.**

562 U.S. 892, 131 S. Ct. 263, 178 L. Ed. 2d 139, 2010 U.S. LEXIS 6119.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 370 Fed. Appx. 385.